## COURT OF APPEALS, MARCH TERM, 1849.

THE FIREMEN'S INSURANCE COMPANY, Albany, against RICHARD S. BAY, and others.

An undertaking executed in pursuance of § 283 of the code, is effectual to bring up the appeal, in a case of deficiency on sale of mortgaged premises. (§ 287.) But whether sufficient to stay proceedings, *quære*.

Motion to dismiss the appeal on the ground that the undertaking did not provide for paying any deficiency on the sale of mortgaged premises. (Code, § 287.)

P. GANSEVOORT, *for motion.*

C. M. JENKINS, *opposed.*

THE COURT said it was not necessary to determine whether the undertaking was sufficient to stay the proceedings: that as it contained all that was required by the 283d section of the code, the appeal was effectual although the proceedings might not be stayed. Motion denied.